**Order entered August 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01066-CR

## EX PARTE ALEJANDRO TOVAR

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX13-90004-M**

## ORDER

The Court has received appellant's notice of appeal from the trial court's order denying him the relief sought by his article 11.072 application for writ of habeas corpus. The appeal is accelerated pursuant to Texas Rule of Appellate Procedure 31.

It does not appear a hearing was conducted on the habeas corpus application. The trial court's order reflects that the ruling was based on the pleadings, the official court records, and the affidavit of trial counsel. Accordingly, we **ORDER** the Dallas County District Clerk to file, by **AUGUST 19, 2013**, the clerk's record containing the documents related to the habeas corpus proceeding, including the application and response, and all documents attached to the application and response, trial court's written order denying appellant the relief sought by his application for writ of habeas corpus, and the trial court's rule 25.2 certification of appellant's right to appeal.

Appellant's brief is due by **SEPTEMBER 9, 2013**. The State's brief is due by **SEPTEMBER 30, 2013**.

The appeal will be submitted without argument on **October 11, 2013** to a panel consisting of Justices FitzGerald, Francis, and Myers.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE